UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:19-CR-109 |
| ) | |
| JASON DAVIS ) | |

## MEMORANDUM AND ORDER

Now before the court is the defendant's motion to continue his November 17, 2020 trial date. [Doc. 63]. Current defense counsel states that a continuance, unspecified in length, is needed because this case was recently reassigned to him. Counsel further indicates that the requested continuance will allow him to fully investigate the case and advise the defendant of the best possible resolution. According to the motion, the United States does not oppose the requested relief.

The court finds that the ends of justice served by granting the motion outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In light of the reasoning set forth by the defendant, the court finds that the failure to grant the motion would deny the defense reasonable time necessary for effective preparation. 18 U.S.C. § 3161(h)(7)(B)(iv). The motion requires a delay in the proceedings. Therefore, all the time from the filing of the motion to the new trial date is excludable as provided by the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A).

The defendant's motion [doc. 63] is **GRANTED**. The trial of this criminal case is **CONTINUED** from November 17, 2020, to **Wednesday, February 17, 2021, at 9:00 a.m.** in Knoxville. The new plea cutoff date is January 27, 2021.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge